UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAHARI INGRAM ROBINSON,<br><br>         Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | 1:23-CV-1022 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated April 21, 2023, and entered on April 24, 2023, the Court directed Plaintiff, within 30 days, to submit a completed amended request to proceed *in forma pauperis* ("IFP" or "amended IFP application") or pay the $402 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an amended IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  The Court directs the Clerk of Court to enter judgment for this action.

SO ORDERED.

Dated: June 27, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge