UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAHARI INGRAM ROBINSON,<br><br>                                  Plaintiff,<br><br>             -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                                  Defendant. | 23-CV-1022 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 27, 2023
             New York, New York

                                                       /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge